UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND; APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Petitioners, <br><br> -against- <br><br> INFINITE GLASS AND METAL, INC., <br><br> Respondent. | Case No. 1:26-cv-03177 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On April 17, 2026, Petitioners filed a petition seeking confirmation of an arbitration award. Dkt. 1 ("Petition"). Petitioners have not yet docketed an affidavit of service.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that:

a. Petitioners shall file and serve any additional materials with which they intend to support their Petition by **May 5, 2026**. Respondent's opposition, if any, is due on **May 26, 2026**. Petitioners' reply, if any, is due on **June 9, 2026**;

1

b.  Petitioners shall serve a copy of this Order on Respondent and file an affidavit of service of this Order; and

c.  Petitioners shall file its affidavit of service of the Petition forthwith, but no later than **May 5, 2026**.

Dated: April 21, 2026
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge